UNITED SHOE MACHINERY CORPORATION v. VULCAN CORPORATION.

No. 7867.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1938.

Fish, Richardson & Neave, of Boston, Mass., and Bennett R. Knight, of Cincinnati, Ohio, for appellant.

Allen & Allen, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

■

UNITED STATES of America, Appellee, v. Joseph and Helen BERGER, Defendants-Appellants, and Jane Doe, alias "Toots".

No. 138.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1938.

Gilbert S. Rosenthal, of New York City (George Wolf, of New York City, of counsel), for appellants Berger.

Lamar Hardy, U. S. Atty., of New York City (Frederick Backer, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America, Appellee, v. Thomas A. HARRISON, alias George Silverman, alias F. J. Thomas, Defendant-Appellant.

No. 118.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Thomas A. Harrison, pro se.

Lamar Hardy, U. S. Atty., of New York City (Frank H. Gordon, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 23 F.Supp. 249, affirmed.